IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

vs.                                                                                                                              Civil No. 09-2004

FREDDY C. MCBEE,
    DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on January 12, 2009, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on March 24, 2009.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $13,848.13 with interest from December 2, 2008, at the rate of 8.00 percent per annum until date of judgment; and plus interest from the date of judgment at the legal rate of __.59__ percent computed daily and compounded annually until paid in full pursuant to 28 U.S.C. § 1961(a) and (b); and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

DATE: 4-1-09

_____
HONORABLE ROBERT T. DAWSON
U. S. DISTRICT COURT JUDGE